UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARON K. BROWN,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. C05-1411-JPD<br><br><br>ORDER |

　　　Based upon Defendant's Motion for Remand pursuant to sentence six of 42 U.S.C. § 405(g), the Court ORDERS as follows:

　　　(1)　　This action is REMANDED to the Commissioner for further administrative proceedings. Specifically, upon receipt of the Court's order, the Appeals Council will review the materials submitted by the claimant's representative and if all the materials, including the hearing recording, are complete, the certified administrative record will be prepared. If not, the Appeals Council will remand the case to an Administrative Law Judge for reconstruction of the administrative record and to hold another hearing and issue a new decision.

Page 1　　　　ORDER - [C05-1411-JPD]

(2) The Clerk is directed to administratively terminate this case without prejudice.

DATED this 9th day of November, 2005.

s/James L. Robart

JAMES L. ROBART
United States District Judge

Recommended for entry
this 8th day of November 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA  98104-7075
Phone:  206-615-2113
Fax:     206-615-2531
daphne.banay@ssa.gov